**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1680

_____

David Bruce Lloyd,              *
                                *
        Appellant,              *
                                *
    v.                          *
                                *                    Appeal
                                                     from the United States
Dora Schriro; Michael Groose;   *
                                                     District Court for the
Carl White, Superintendent; Lynda                                    *
    District of Western Missouri.
Musgrove; Edison Lemay; Randall                                 *
Mobley; Amile Holmes; Ronald    *         [UNPUBLISHED]
Ridenhour; George T. Foster,    *
                                *
        Appellees.              *

_____

                    Submitted:  October 30, 1997
                        Filed:    November 13,
1997

_____

Before  McMILLIAN,  BEAM,  and  MORRIS  SHEPPARD  ARNOLD,
Circuit Judges.

_____

PER CURIAM.

David Bruce Lloyd appeals from the district court's[1] adverse grant of summary judgment to defendants in his 42 U.S.C. § 1983 action. Having reviewed the record and the parties' briefs, we conclude that the district court did not err. See Earnest v. Courtney, 64 F.3d 365, 366-67 (8th Cir. 1995) (per curiam) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.